Submitted on record and briefs June 26, convictions affirmed; condition of probation requiring incarceration vacated; remanded for resentencing July 31, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## JACK PAUL VAN GORDER,
*Appellant.*

(90-CR-0015-ST; CA A66849)

813 P2d 1136

David E. Groom, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J.

## PER CURIAM

Defendant was convicted, after his plea of guilty, of two misdemeanors. The court placed him on probation and, as one condition, sentenced him to incarceration in the county jail. Defendant contends that, because the offenses were committed after November 1, 1989, the effective date of the amendment to ORS 137.540(2), the court had no authority to impose a jail sentence as a condition of probation on a misdemeanor conviction. The state concedes that defendant is correct, and we agree. *State v. Wold,* 105 Or App 158, 803 P2d 782 (1991).

Convictions affirmed; condition of probation requiring incarceration vacated; remanded for resentencing.